UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Roderick Jerome English, ) | C/A No. 1:19-209-JFA-SVH |
| Petitioner, ) | |
| v. ) | ORDER |
| Warden Bartel, ) | |
| Respondent. ) | |

The *pro se* plaintiff, Roderick Jerome English, is an inmate with the South Carolina Department of Corrections. He has filed a motion captioned "Motion to Unregistered Trade." In the one-page motion, the petitioner refers to case 14-ALJ-04-05-0571AP and mentions a sex discrimination plan, and a sex offender be placed as unregistered trade. The motion is essentially uncomprehensible.

This federal habeas action was dismissed by order of this court without prejudice and without issuance and service of process on March 6, 2019 due to the petitioner's vague and conclusory allegations in his original petition. The petitioner also failed to file a response or objections to the Magistrate Judge's Report and Recommendation.

There being no pending matters in this closed habeas action, the petitioner's motion (ECF No. 18) is denied.

IT IS SO ORDERED.

May 29, 2019
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge