UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Roderick Jerome English, | ) | C/A No. 1:19-209-JFA-SVH |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER |
| South Carolina Department of Corrections, | ) | |
| Respondent. | ) | |

The *pro se* plaintiff, Roderick Jerome English, is an inmate with the South Carolina Department of Corrections. He has filed a motion captioned "Writs of Mandamus." In the one-page motion, the petitioner directs the Clerk of Court to terminate the South Carolina Department of Corrections as a respondent. He then asks the court to make the change of venue to the correct resident, presumably because the petitioner has been transferred to a Level 1 custody. The motion is essentially uncomprehensible.

This federal habeas action was dismissed by order of this court without prejudice and without issuance and service of process on March 7, 2019 due to the petitioner's vague and conclusory allegations in his original petition. The petitioner also failed to file a response or objections to the Magistrate Judge's Report and Recommendation.

There being no pending matters in this closed habeas action, the petitioner's motion (ECF No. 23) is denied.

IT IS SO ORDERED.

October 18, 2019
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge